### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DEQUAN THOMAS,                                                                                          PLAINTIFF
ADC #144490

v.                                        No. 5:12CV00256 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction; et al.                                              DEFENDANTS

### JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 18th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE